

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VTN/FTB
F. #2019R00138

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2019

<u>By Hand and ECF</u>

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Akmal Narzikulov, et al.</u>
       <u>Criminal Docket No. 19-223 (ILG)</u>

Dear Judge Glasser:

    The government writes respectfully to request that it be permitted to respond in writing to the motions filed by defendant Akmal Narzikulov in the above-referenced case on November 20, 2019 (the "Motions"). The government proposes that its response be due on or before November 27, 2019.

    The government also respectfully requests that the court appearance scheduled for this Monday, November 25, 2019, be adjourned and that the Court hear oral argument on the Motions (including, if necessary, the bail application referenced therein) at the next scheduled appearance in this matter on December 9, 2019. Because resolution of the Motions, which include arguments to sever Count Six of the superseding indictment and defendant Jasur Kamolov, will have a significant effect on the scope of any trial in this case, the government also respectfully requests that the deadline for motions <u>in limine</u> to be filed,

which had been set for November 25, 2019, be adjourned until sometime after resolution of the Motions. Thank you for the Court's consideration of these requests.

                                                 Respectfully submitted,

                                                 RICHARD P. DONOGHUE
                                                 United States Attorney

By:      /s/
                                                 Virginia T. Nguyen
                                                     Special Assistant U.S. Attorney
                                               F. Turner Buford
                                                     Assistant U.S. Attorney
                                               (718) 254-6280/6483

cc:     Counsel of Record (by Email and ECF)