UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AKMAL NARZIKULOV,
[DEFENDANT #2],
FIRUZ JURAEV and
MURODJON SULTANOV,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 19-223 (S-2) (ILG)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, Assistant United States Attorney F. Turner Buford, for an order partially unsealing the above-captioned matter, including the Superseding Indictment (S-2), as to defendants AKMAL NARZIKULOV, FIRUZ JURAEV and MURODJON SULTANOV,

      WHEREFORE, it is ordered that the above-captioned matter be partially unsealed, and the Clerk of Court is directed to file the attached redacted version of the superseding indictment (S-2) on the public docket.

Dated:   Brooklyn, New York
          January 29, 2020

                                          *James Orenstein*
                                          JAMES ORENSTEIN
                                          UNITED STATES MAGISTRATE JUDGE
                                          EASTERN DISTRICT OF NEW YORK