# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

October 15, 2020

**BY ECF**
The Honorable Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>*United States v. Akmal Narzikulov*</u>  19 Cr. 223  (ILG) (Supplemental information relating to September 28, 2020 letter for Reconsideration of Bail.)

Dear Judge Glasser:

      Attached as **Exhibits 1** and **2** are two emails that were sent to me by Mr. Narzikulov on October 14, 2020 and October 15, 2020 for your consideration relating to his September 28, 2020 Motion for Reconsideration of Bail.

      In the October 14th email, Mr. Narzikulov states that he sent an email to the medical staff at M.D.C. on September 8 complaining of excessive urination and pain in his left leg near the knee. On September 5, he states he sent an email regarding his tooth. He has yet to receive medical attention for these issues. In July, he sent an email about the growth on his arm. He was seen by medical staff who informed him that he won't be able to have an operation to remove the growth for six months. He is worried about the growth becoming cancerous.

      In the October 15th email, Mr. Narzikulov states that he is only approved to see his discovery for two hours each day. He states that there are two computers to view discovery and one is broken. He notified M.D.C. and they have not fixed the computer. The line for the only

working computer is becoming longer each day and he is only able to view his discovery for 30 minutes.

Respectfully Submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq.

Attorney for Akmal Narzikulov