```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

 UNITED STATES OF AMERICA,                    CR-19-00223 (ILG)

        - against -
                                              SCHEDULING ORDER
 AKMAL NARZIKULOV,

                         Defendants.

------------------------------------------X
GLASSER, United States District Judge:
```

The defendant is directed to file his response to the Government's in limine motion and motion for reconsideration [DE #219] on or before May 14, 2021.

       SO ORDERED.

Dated :    Brooklyn, New York
           April 23, 2021

                                          _____/s/_I. Leo Glasser_____
                                            United States District Judge