# **LAW OFFICES OF PETER GUADAGNINO**
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

May 4, 2021

**BY ECF**

The Honorable Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Akmal Narzikulov*  19 Cr. 223  (ILG)

Dear Judge Glasser:

      I am writing to respectfully request a telephone conference, as soon as possible, to discuss issues regarding trial readiness for June 21, 2021 as they pertain to Mr. Narzikulov. I waive my client's appearance for the conference.

                                    Respectfully Submitted,

                                    *Peter Guadagnino*

                                    Peter Guadagnino, Esq.

                                    Attorney for Akmal Narzikulov