UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**   DATE: **MAY 6, 2021**   TIME: **3:30 p.m.**

DOCKET #: **CR-19-00223 (S-2)(ILG)**   TITLE: *U.S.A. v. Narzikulov, et al.*

COURT REPORTER: **Linda Danelczyk**   DEPUTY CLERK: **Stanley Kessler**

UZBEK INTERPRETER:

AUSA: **Virginia Nguyen - #6280**
**F. Turner Buford - #6483**

DEF'T #1 NAME: **Akmal Narzikulov**   ATT'Y: **Peter J. Guadagnino, Esq. - CJA**
_ Present ✓ Not Present   In Custody   ✓ Present _ Not Present

DEF'T #3 NAME: **Firuz Juraev**   ATT'Y: **Tony Mirvis, Esq. – Ret.**
_ Present ✓ Not Present ✓ On Bond   ✓ Present _ Not Present

## This proceeding was held using the AT&T teleconferencing system.

### CRIMINAL CAUSE FOR STATUS CONFERENCE

✔ Peter J. Guadagnino, Esq., present for defendant Akmal Narzikulov. He waived his client's presence.  Tony Mirvis, Esq., present for defendant Firuz Juraev. He waived his client's presence. AUSA Virginia Nguyen and AUSA F. Turner Buford present for the Government.

✔ A status conference was held.

✔ Mr. Guadagnino stated that defendant Narzikulov wants to begin his trial as scheduled on 6/21/2021 and does not want a postponement. Mr. Mirvis stated that he is prepared to begin the trial on 6/21/2021 as well.

**TIME:** 0/30