# United States Court of Appeals

FOR THE
SECOND CIRCUIT

—————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13ᵗʰ day of May, two thousand twenty one.

Present:      Rosemary S. Pooler,
                Reena Raggi,
                Susan L. Carney,
                    *Circuit Judges*.

————————————————————————

United States of America,

          *Appellee*,

          v.                          No. 20-3674

Akmal Narzikulov,

          *Defendant – Appellant*.[1]

————————————————————————

Appellant Akmal Narzikulov appeals from the October 16, 2020 denial of his motion for reconsideration of his motion for bail by the United States District Court for the Eastern District of New York (Glasser, *J.*) and moves in this Court for bail and pretrial release pursuant to 18 U.S.C. § 3142.

Narzikulov principally argues on appeal that the district court erred in denying him pretrial release in order to adequately recover from COVID-19 and to prepare for trial. We disagree. The district court's reasons for denying pretrial release—risk of flight and danger to the community— are well supported by the record. We AFFIRM the district court's October 6, 2020 decision. Further, it is hereby ORDERED that Appellant's motion in this Court for pretrial release is DENIED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

—————————————

[1] The Clerk of the Court is directed to amend the caption as above.