UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                              **ORDER**

                -against-

                                            19Cr. 223 (ILG)

AKMAL NARZIKULOV,

                                Defendant.

-------------------------------------------------------------------------- x

        Upon the application of defendant AKMAL NARZIKULOV, through his counsel Peter Guadagnino, Esq., and upon all proceedings previously held herein, it is apparent that defendant AKMAL NARZIKULOV, is financially unable to pay the expense of purchasing civilian clothing to wear at trial before a jury and said clothing is necessary for the adequate appearance of the defendant AKMAL NARZIKULOV before said jury so that he is not prejudiced by his wearing a prison uniform; it is hereby:

        ORDERED that pursuant to 18 U.S.C. 3006(A), The United States Bureau of Prisons, Metropolitan Detention Center, (Brooklyn), SHALL allow Peter Guadagnino, Esq. to deliver FORTHWITH to the M.D.C. five (5) dress shirts, four (4) pairs of dress slacks, one (1) pair of dress shoes, one (1) dress belt and two (2) to three (3) neckties so that AKMAL NARZIKULOV can change into said clothing on the days that he is to appear for his trial by jury.

        It is further ORDERED that this accommodation must be timely fulfilled so as to not delay or interfere with the commencement of AKMAL NARZIKULOV'S jury trial on June 21, 2021.

Dated: Brooklyn, New York
  June 8, 2021        , 2021

                                                  /s/   I. Leo Glasser

                                        THE HONORABLE LEO GLASSER

                                        United States District Judge E.D.N.Y.