UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                  ORDER
v.                                                         19-CR-223

AKMAL NARZIKULOV,

                        Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

      The defendant is hereby directed to file his response to the Government's motion, DE 232, on or before 12 noon, June 14, 2021.

      SO ORDERED.

Dated:     Brooklyn, New York
             June 8, 2021

                                                                             I. Leo Glasser
                                                                           Senior United States District Judge