F. #2019R00138

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AKMAL NARZIKULOV,

Defendant.

- - - - - - - - - - - - - - - - X

STIPULATION AND WAIVER OF JURY
TRIAL AS TO FORFEITURE

19-CR-223 (S-2) (BMC)

Pursuant to Rules 23(a) and 32.2(b)(5)(A) of the Federal Rules of Criminal Procedure, the United States of America (the "Government") and the defendant, (the "Defendant"), hereby agree to the following:

1. The Defendant voluntarily, freely, and without any mental reservations, waives any and all rights he may have under the laws of the United States or the Constitution of the United States to a jury trial on the Criminal Forfeiture Allegations charged in the above-captioned Superseding Indictment.

2. The Government and the Defendant agree that following the guilt phase of the criminal trial and only upon the Defendant's conviction of any of the offenses charged in the Superseding Indictment, the forfeitability of any assets of the Defendant shall be determined by the United States District Judge.

3. This waiver is binding on the Defendant, and the Defendant will not raise any defenses, file an appeal, or otherwise challenge any conviction, sentence, or

forfeiture imposed by the Court as concerning any right that they may have to a jury trial on the Criminal Forfeiture Allegations charged in the Superseding Indictment.

4. No promises, agreements, or conditions have been entered into by the parties concerning any right the Defendant may have to a jury trial on the Criminal Forfeiture Allegations other than those set forth in this agreement, and none will be entered into unless memorialized in writing and signed by all parties hereto.

5. To become effective, this waiver must be signed by all signatories and approved by the Court.

6. It is contemplated that this Stipulation and Waiver of Jury Trial may be executed in multiple counterparts with separate signature pages, with all such counterparts and signature pages together to be deemed one and the same original document.

Dated: Brooklyn, New York
 7|2 , 2021

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney
Eastern District of New York

By: _____
 Virginia Nguyen
 Special Assistant U.S. Attorney
 F. Turner Buford
 Assistant U.S. Attorney
 (718) 254-7000

AGREED AND CONSENTED TO BY:

July 7, 2021
(date)

_____
Akmal Narzikulov
*Defendant*

July 7, 2021
(date)

_____
Peter Guadagnino, Esq.
*Counsel to Defendant Akmal Narzikulov*

Dated: Brooklyn, New York
July 7, 2021

SO ORDERED:

s/BMC
_____
HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK